## ANGELA CHIARAMONTE *v.* H.N.S. MANAGEMENT COMPANY ET AL. (8719)

DALY, O'CONNELL and CRETELLA, Js.

Argued September 24—decision released September 27, 1990

*Steven M. Regula,* with whom, on the brief, was *Anthony J. Lasala,* for the appellant (plaintiff).

*Thomas E. Stevens,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.